**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CIVIL ACTION |
| SAUCON TRUST, | Case No. 5:26-cv-02211 |
| *Debtor.* | |

**PRAECIPE FOR ENTRY OF APPEARANCE**

Kindly enter the appearance of Matthew A. Hamermesh, Esquire of the law firm Hangley Aronchick Segal Pudlin & Schiller, P.C., as co-counsel on behalf of Secured Creditor Lehigh Valley 1, LLC in the above-captioned action.

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

Dated: April 6, 2026

By: */s/ Matthew A. Hamermesh*
    Matthew A. Hamermesh
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
mhamermesh@hangley.com

*Counsel for Secured Creditor
Lehigh Valley 1, LLC*