Robinson+Cole

RACHEL JAFFE MAUCERI

One Liberty Place
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Direct (215) 398-0556
Fax (215) 827-5982
rmauceri@rc.com

Also admitted in New Jersey
And New York

***Via ECF***

September 28, 2026

Hon. Catherine Henry
United States District Judge
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re:** ***In re Whitehall Trust,*** **Civil Action No. 26-cv-2170 (CH) (E.D. Pa.)**
***In re Saucon Trust*****, Civil Action No. 26-cv-2211 (CH) (E.D. Pa.)**

Dear Judge Henry:

On behalf of Appellants Whitehall Trust and Saucon Trust (the "Trusts"), I write regarding the letter of Appellee Lehigh Valley 1, LLC ("LV1"), filed in the above-referenced cases on September 25, 2026 ("Ltr.), *see* No. 26-cv-2170, ECF No. 42 & No. 26-cv-2211, ECF No. 39. As that letter recites, these appeals challenge the Bankruptcy Court's dismissal of the Trusts' Chapter 11 petitions based on a holding that the Trusts are not "business trusts" under the Bankruptcy Code's eligibility provisions. The Trusts' reply brief is due by October 9, 2026.

In its letter, LV1 requests that the Court schedule oral argument "in or around the last week of October" and "decide the appeals on an expedited basis." Ltr. at 1-2. The Trusts do not object to these requests, but not for the reasons that LV1 gives.

As these appeals make clear, the Trusts disagree that the Bankruptcy Court "properly concluded" that they are not "business trusts" under the Bankruptcy Code. *See id.* at 1. In staying the dismissals pending appeal, the Bankruptcy Court agreed that the appeals stand a reasonable chance of success. That court also certified the appeals for direct review by the Third Circuit, given the absence of a controlling test for a "business trust" and the conflicting decisions on the subject within this circuit. (One judge on the Third Circuit panel would have accepted the appeals straightaway.) Notably, rather than join in the certification request, which would have streamlined the process, *see* 28 U.S.C. § 158(d)(2)(A), LV1 objected and necessitated two rounds of briefing

Robinson+Cole



on certification-related questions. Any alleged "harm and delay" to this creditor (*id.* at 1)—to which the Debtors have paid nearly $1 million since the bankruptcy cases began—stem from its own procedural choices and the genuinely unsettled nature of the ground for dismissal that it has asserted.

Indeed, each Debtor's ability to reorganize is effectively on hold until this issue is finally resolved, inclusive of all available appeals taken by either side. The Trusts therefore concur in the request for expedition, and appreciate the Court's ongoing attention to these matters.

Respectfully submitted,

By: *<u>/s/ Rachel Jaffe Mauceri</u>*

Rachel Jaffe Mauceri (#209823)
Robinson & Cole LLP
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Tel.: (215) 398-0600
Email: rmauceri@rc.com

*Counsel for Appellants Whitehall Trust and Saucon Trust*

cc: All Counsel of Record (by ECF)